IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr28

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ARCHAVIS BRIANN MOORE )<br>) | O R D E R |

**THIS MATTER** is before the Court on the defendant's Motion to Suppress Due to Lack of Evidence (Doc. No. 20) filed pro se on October 17, 2005.

On October 6, 2005, Magistrate Judge Carl Horn III granted the defendant's pro se motion for appointment of new counsel (Doc. No. 18). It does not appear from the record that new counsel has yet entered a notice of appearance.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to suppress (Doc. No. 20) is DENIED without prejudice to be pursued by new counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: October 20, 2005**

Robert J. Conrad, Jr.
United States District Judge