IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | VERDICT FORM |
| | ) | |
| ARCHAVIS BRIANN MOORE | ) | |

1. As to Count One, charging the defendant with possessing a firearm after being convicted of a felony, in violation of 18 U.S.C. § 922(g)(1), we, the jury, unanimously find the defendant:

   Guilty: ✓     Not Guilty: _____

2. As to Count Two, charging the defendant with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841, we, the jury, unanimously find the defendant:

   Guilty: ✓     Not Guilty: _____

   2a  If guilty, did the offense involve a mixture and substance containing a detectable amount of cocaine base?

   Yes: ✓     No: _____

   2b  If guilty, did the offense involve a mixture and substance containing a detectable amount of marijuana?

   Yes: ✓     No: _____

3. As to Count Three, charging the defendant with carrying a firearm during and in relation to a drug trafficking crime or possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1) we, the jury, unanimously find the defendant:

Guilty: ✓      Not Guilty: _____

Signed: ███████████

FOREPERSON

Dated: December 1, 2005