IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr28

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARCHAVIS BRIANN MOORE | ) | |
| _____ | ) | |

The defendant, Archavis Briann Moore, was convicted by a jury on December 1, 2005, on charges of possessing a firearm after being convicted of a felony, possessing with intent to distribute various controlled substances, and carrying a firearm during and in relation to a drug trafficking crime or possessing a firearm in furtherance of a drug trafficking crime. (Doc. No. 44). As the defendant was subject to the mandatory detention provisions of 18 U.S.C. § 3143(a), and did not qualify for any of the exceptions contained in section 3143(a)(2), the Court remanded the defendant to the custody of the United States Marshals Service, pending sentencing and designation. (The defendant previously had been denied pre-trial release.)

The defendant presently is moving "to have the [Marshals Service] transport him to and from his paternal grandmother's funeral service on Friday, July 28, 2006. (Doc. No. 51). Based on the record before it, including the fact that Mrs. Goodwin is a relative in the second degree, as well as the seriousness of the defendant's criminal history, the Court finds the circumstances alleged by the defendant are insufficient for this Court to grant his request.

**THEREFORE, IT IS HEREBY ORDERED** that the defendant's motion is **DENIED**.

Signed: July 27, 2006

*[Signature]*

Robert J. Conrad, Jr.
Chief United States District Judge