# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                    CASE NUMBER: 3:05CR28

ARCHAVIS BRIANN MOORE

THIS MATTER is before the Court on an Order of Remand, filed 4/20/2007, from the Fourth Circuit Court of Appeals for an additional proceeding.

**NOW, THEREFORE, IT IS ORDERED** that:

1. The United States Marshal have the Defendant ARCHAVIS BRIANN MOORE (# 19911-058 ) present in Charlotte, North Carolina not later than 6/25/2007 for matter scheduled; and

2. this matter is scheduled to be heard June 26, 2007 at 9:45 a.m.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: June 6, 2007

Robert J. Conrad, Jr.
Chief United States District Judge