IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr28

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>ARCHAVIS BRIANN MOORE )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon letter-motions of the defendant pro se for a debt validation assessment from AUSA responsible for prosecuting his criminal case. (Doc. Nos. 84, 87).

The Court previously denied an earlier letter-motion requesting the same relief. (Doc. No. 83: Motion; Order entered Aug. 4, 3008). The defendant continues to provide no basis in law for his requests. See United States v. Jackson, No. 3:07-cv-63, 2008 WL 466354, slip. op. at (E.D. Ky. Feb. 14, 2008) (finding similar motions "wholly devoid of legal merit"). According, the instant motions will be denied and future similar motions will be summarily denied.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se letter-motions (Doc No. 84, 87) relating to debt validation assessment are denied.

Signed: November 5, 2008

Robert J. Conrad, Jr.
Chief United States District Judge